```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUDITH SCHAEFER-CONDULMARI    :    CIVIL ACTION
                              :
        v.                    :
                              :
US AIRWAYS GROUP, LLC         :    NO. 09-1146
```

                              ORDER

      AND NOW, this 17th day of July, 2012, upon consideration of the parties' memorandum and following oral argument held on June 6, 2012 in the above-captioned case, IT IS HEREBY ORDERED for the reasons stated in the memorandum of law bearing today's date that:

      1.   Upon consideration of US Airways' Motion for Summary Judgment (Docket No. 68), the response, reply, and supplemental replies thereto, the motion is DENIED.

      2.   Upon consideration of US Airways' Motion to Exclude Testimony of Plaintiff's Experts Relating to Post-Traumatic Stress Disorder And the Standard of Care For Providing Emergency Medical Car On An Aircraft (Docket No. 69), the response, reply, and sur-reply thereto, the motion is GRANTED in part as to Dr. Phillips and DENIED in part as to Dr. Tereo.

      3.   Upon consideration of US Airways' Motion to Strike Untimely and Improper Supplemental Expert Report of S. Michael Phillips, M.D. (Docket No. 79), and the response and reply thereto, the motion is GRANTED.

4.   Upon consideration of US Airways's Motion to Compel Production of Tax Records and Information Relating to Medical Treatments and Diagnoses (Docket No. 80), and the response and reply thereto, the motion is GRANTED in part.  The plaintiff shall conduct a reasonable search and produce any documents verifying the source and amount of compensation she reported on her 2006 to 2010 tax returns.  These documents shall be produced to the defendant within three weeks after the plaintiff's next arrival in Italy.  Because the parties have reported during oral argument that they have resolved the additional documents at issue in the motion to compel, the remainder of the defendant's motion is DENIED as moot.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.